UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETURN ON INTELLIGENCE, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY SHENKMAN, <br><br> Defendant. | Case No. 18-cv-00262-JSW <br><br> **JUDGMENT** |

On December 6, 2024, the Court issued its findings of fact and conclusions of law following the bench trial in this matter. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 6, 2024

JEFFREY S. WHITE
United States District Judge